MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 12-0272 SBA |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
|  | ) **ORDER TO SET DATE FOR CHANGE** |
| EDWIN LEON HEROLD, | ) **OF PLEA AND SENTENCING** |
| Defendant. | ) |

     The parties have reached a plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C). Accordingly, the parties jointly request that this matter be set for change of plea and sentencing on August 21, 2012 before the district court, and the next status before the magistrate on June 29, 2012, be vacated. The parties also stipulate that the time between today and August 21, 2012, is automatically excluded from calculations under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(G). A copy of the plea agreement and a consent form to begin a

//

//

//

ORDER SETTING CP/SENTENCING DATE
CR 12-0272 SBA

1 | pre-plea investigation will be lodged with the Court.
2 | IT IS SO STIPULATED.
3 |
4 | DATED: June 1, 2012                                /s/
                                              NED SMOCK
5 |                                           Counsel for Edwin Leon Herold
6 |
7 | DATED: June 1, 2012                                /s/
                                              BRIAN C. LEWIS
8 |                                           Assistant United States Attorney

ORDER SETTING CP/SENTENCING DATE
CR 12-0272 SBA                              -2-

**ORDER**

The Court hereby finds the following:

1. The parties have reached a Rule 11(c)(1)(C) agreement and have submitted that agreement to the Court for consideration;

2. The defendant has consented to a pre-sentence investigation and to disclose the report before his plea of guilty; and

3. The Court has taken the proposed plea agreement under submission while the United States Probation Office prepares a Presentence Investigation Report.

Based on these findings, IT IS HEREBY ORDERED that

1. This matter is referred to the United States Probation Office for preparation of a pre-plea Presentence Investigation Report.

2. The parties shall appear before this Court on August 21, 2012, at 10:00 a.m., for change of plea and sentencing.

3. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), from the date of this Stipulation to August 21, 2012, based on the Court's consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the government.

4. The status hearing before the magistrate court set for June 29, 2012, is hereby VACATED.

DATED: 6/1/12

SAUNDRA BROWN ARMSTRONG
United States District Judge