STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:  (510) 637-3500
Fax: (510) 637-3507
Email: ned_smock@fd.org

Counsel for Defendant
EDWIN HEROLD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 12-00272 SBA |
|---|---|
| PLAINTIFF, | STIPULATION AND [PROPOSED] ORDER RELEASING DEFENDANT FROM MARSHAL CUSTODY |
| v. | |
| EDWIN HEROLD, | |
| DEFENDANT. | |

Edwin Herold appeared before this Court on May 19, 2016 following the filing of a petition charging violations of the terms of his supervised release.  The parties and United States Probation agreed that if he is found suitable for admission, Mr. Herold should be released to an inpatient drug treatment program while the Form 12 petition is pending.  Mr. Herold has now been approved for admission to the New Bridge Foundation in Berkeley.  Judge Armstrong today signed a modification of Mr. Herold's conditions of supervised release providing that he shall spend up to 6 months in a residential treatment facility.  New Bridge is prepared to admit Mr. Herold as soon as he is released.

CR 12-00272 SBA

Accordingly, the parties request that the Court sign the attached release order. United States Probation Officer John Woods has reviewed this stipulation and proposed order and is in agreement with this course of action.

DATED: June 10, 2016                         /S/
                                            NED SMOCK
                                            Assistant Federal Public Defender
                                            Counsel for Edwin Herold

DATED: June 10, 2016                         /S/
                                            ERIN CORNELL
                                            Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　PLAINTIFF,<br>　　v.<br>EDWIN HEROLD<br><br>　　　　DEFENDANT. | CR 12-00272 SBA<br><br>[~~PROPOSED~~] RELEASE ORDER |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Edwin Herold be released from the custody of the United States Marshal on this matter.

Mr. Herold shall report directly to the New Bridge Foundation treatment center in Berkeley and shall observe the rules of that facility. Mr. Herold is ordered to appear before Judge Armstrong on July 13, 2016 at 10:00 a.m. for status.

IT IS SO ORDERED.

DATED: 6/10/16                          _____
　　　　　　　　　　　　　　　　　　　　HON. KANDIS WESTMORE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

CR 12-00272 SBA